UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of:**<br><br>**CERTAIN TOUCH-CONTROLLED MOBILE DEVICES, COMPUTERS, AND COMPONENTS THEREOF**<br><br>**Neodron Ltd.**<br>Unit 4-5<br>Burton Hall Road, Sandyford<br>Dublin 18, D18A094, Ireland | MISC. ACTION NO. _____<br><br>REQUEST FOR ISSUANCE OF AN ORDER TO TAKE DEPOSITIONS IN JAPAN<br><br>DEPONENT:<br>BRENDAN ELLIOT (EMPLOYEE OF MICROSOFT CORPORATION) |

**COMPLAINANT'S EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF A DEPOSITION IN OSAKA, JAPAN**

Complainant Neodron Ltd. ("Neodron"), Complainant in *Certain Touch-Controlled Mobile Devices. Computers, and Components Thereof*, Inv. No. 337-TA-1162, before the United States International Trade Commission ("ITC"), hereby moves this Court to issue the attached order (Exhibit A) to enable any consular officer at the United States Consulate in Osaka, Japan to permit the taking of the voluntary deposition of Brendon Elliot, an employee of Microsoft Corporation ("Microsoft"). Mr. Elliot, through counsel for Microsoft (a Respondent in the above-captioned ITC Investigation), has agreed to voluntarily appear for deposition on or about November 19-20, 2019.[1]

On October 3, 2019, pursuant to Section 210.28 of the ITC Rules of Practice and Procedure (19 C.F.R. § 210.28) and the Ground Rules set forth in Order No. 2 in the above-mentioned Investigation, Neodron issued to Microsoft a notice of deposition of Brendan Elliot, a Microsoft employee residing in Japan who has been identified as having knowledge relevant to the Investigation. *See* Exhibit B (Elliot Notice of Deposition). Microsoft has also indicated that

---

[1] The parties are continuing to confer regarding the length of the deposition.

Mr. Elliot designate Mr. Elliot with respect to specific topics in response to the Deposition Notice served on Microsoft. See Exhibit C (Microsoft Notice of Deposition) Microsoft has agreed to produce Mr. Elliot for deposition at the Osaka Consulate beginning on November 19, 2019.[2] Accordingly, Neodron has sought to reserve a room at the Osaka Consulate from November 19-20, 2019.

On October 4, 2019, Nedron requested that the Honorable Cameron Elliot, the Administrative Law Judge ("ALJ") presiding over the investigation before the ITC, issue a Recommendation to this Court for an order or commission allowing these depositions to go forward at the Osaka Consulate on the November. *See* Exhibit C (Motion filed with ITC (exhibits omitted)). On October 8, 2019, ALJ Elliot granted Nedron's request and issued an Order recommending that the District Court issue a Deposition Order/Commission such a Recommendation the same day. *See* Exhibit D (Certified copy of Order No. 13)

An order from a United States District Court is required in order to conduct the depositions at the Consulate and obtain visas to enter Japan for that purpose. Accordingly, Neodron has filed the present motion with this Court to obtain an order to permit the taking of depositions in Osaka, Japan as scheduled. *See* Exhibit E (Proposed Deposition Order/Commission).

Article 17(1)( e)(ii)-(iii) of the U.S.-Japan Consular Convention provides that consular officers may:

> (ii) take depositions, on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given, or
>
> (iii) administer oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state.

---

[2] The parties are continuing to confer regarding the length of the deposition.

U.S.-Japan Consular Convention, Art. 17(l)(e)(ii), (iii), Mar. 22, 1963, 15 U.S.T. 768. The requested order is necessary because the Government of Japan interprets this provision very strictly. *See* Exhibit F (printout of https://jp.usembassy.gov/u-s-citizen-services/attorneys/depositions-in-japan/).

For the foregoing reasons, Neodron respectfully requests that the Court assign a judge to this matter and, if necessary, schedule a hearing to expedite the issuance of the above-described order, so that the parties may comply with the scheduling order in the ITC Investigation and have sufficient time to obtain the necessary visas to conduct the referenced depositions at the United States Consulate in Osaka, Japan.

Dated:  October 9, 2019

Respectfully submitted,

_____
Tom M. Schaumberg        Bar ID #36574
**Adduci, Mastriani & Schaumberg, LLP**
1133 Connecticut Avenue, NW, 12th Floor
Washington, DC 20036
Telephone:  (202) 467-6300
Facsimile:   (202) 466-2006
E-Mail:  NEO-001@adduci.com

*Counsel for Complainant Neodron Ltd.*

**CERTIFICATE OF SERVICE**

    I, Tom M. Schaumberg, hereby certify that on October 9, 2019, the foregoing **COMPLAINANTS' EMERGENCY UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION FOR THE TAKING OF A DEPOSITION IN OSAKA, JAPAN** was filed with the Clerk of the Court for the U.S. District Court of the District of Columbia.

Dated: October 9, 2019                         */s/ Tom M. Schaumberg*
                                                                 Tom M. Schaumberg